**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION AT CINCINNATI**

| | | |
|---|---|---|
| MICHAEL EUGENE HALE, | : | Case No. 1:25-cv-964 |
| | : | |
| Plaintiff, | : | District Judge Douglas R. Cole |
| | : | Magistrate Judge Caroline H. Gentry |
| vs. | : | |
| | : | |
| SHAWNEE MENTAL HEALTH, *et al.,* | : | |
| | : | |
| Defendants. | : | |
| | : | |

## DEFICIENCY ORDER

Plaintiff, an inmate at the Washington County Detention Center in Fayetteville, Arkansas, has filed two motions for leave to proceed *in forma pauperis*, (Docs. 1, 7), in connection with a *pro se* personal injury Complaint filed in this Court, (Doc. 1-1, Complaint, refiled as Doc. 7-1). This matter is before the Court to address two deficiencies.

First, pursuant to the Prison Litigation Reform Act of 1995 (PLRA), 28 U.S.C. § 1915(a)-(h), a prisoner seeking to bring a civil action without prepayment of fees or security therefor must submit an application and affidavit to proceed without prepayment of fees *and* a certified copy of their trust fund account statement (or institutional equivalent) for the six-month period immediately preceding the filing of the complaint, obtained from the cashier of the prison at which the prisoner is or was confined.   28 U.S.C. § 1915(a)(2).

In this case, Plaintiff's motion for leave to proceed *in forma pauperis* is incomplete because Plaintiff has not provided a certified copy of his trust fund account statement for the preceding six-month period as required by the PLRA.  Plaintiff is therefore **ORDERED** to pay $405 ($350 filing fee plus $55 administrative fee) or submit to the Court a completed Application and Affidavit

By Incarcerated Person to Proceed Without Prepayment of Fees form, including a certified copy of his prison trust fund account statement (or institutional equivalent) for the preceding six-month period **within thirty (30) days** of the date of this Order.

The **CLERK OF COURT** is **DIRECTED** to provide Plaintiff with an Application and Affidavit By Incarcerated Person to Proceed Without Prepayment of Fees form.   The **CLERK OF COURT** is further **DIRECTED** to send a copy of this Order to the cashier of the detention center at which Plaintiff is confined.

Second, the Complaint is not signed by Plaintiff.   Pursuant to Fed. R. Civ. P. 11, every pleading, written motion, and other paper shall be signed by the party if not represented by counsel. Accordingly, the Clerk of Court is **DIRECTED** to return the original Complaint to Plaintiff. Plaintiff is **ORDERED** to sign the Complaint and return it to the Clerk of Court within **thirty (30) days** if he wishes to file a complaint in this matter.

**If Plaintiff fails to comply with this Order, the Court shall dismiss his case for want of prosecution.** *In re Prison Litigation Reform Act*, 105 F.3d 1131 (6th Cir. 1997).   If Plaintiff's case is dismissed for failure to comply with this Order, the case will not be reinstated to the Court's active docket despite the payment of the filing fee.   *Id*.   Should Plaintiff need additional time to comply with this Order, he should file a motion for an extension of time.

**IT IS SO ORDERED.**

Date:   February 17, 2026                                        */s/ Caroline H. Gentry*
                                                                     Caroline H. Gentry
                                                                     United States Magistrate Judge

2