**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT CINCINNATI**

| | | |
|---|---|---|
| MICHAEL EUGENE HALE, | : | Case No. 1:25-cv-964 |
| | : | |
| Plaintiff, | : | |
| | : | |
| vs. | : | District Judge Douglas R. Cole |
| | : | Magistrate Judge Caroline H. Gentry |
| | : | |
| SHAWNEE MENTAL HEALTH, *et al.,* | : | |
| | : | |
| Defendants. | : | |

## ORDER

Plaintiff Hall recently sent a letter to the Court about his case. (*See* Doc. No. 15.) In most circumstances, parties must communicate with the Court by filing formal motions or memoranda, rather than letters. The Court's local rule states:

> **Correspondence with the Court.** Letters to the Court are not permitted unless (1) requested by the Court in a specific matter, or (2) advising the Court of the settlement of a pending matter. All other written communications must be by way of formal motion or memorandum submitted in compliance with these Rules.

S.D. Ohio Civ. R. 7.2(C) (emphasis added). A formal motion contains the caption (the block of text at the top of this page that identifies the case and the parties), a title, a request for relief, and the party's signature. *See* Fed. R. Civ. P. 7 ("Pleadings Allowed; Forms of Motions and Other Papers"); Fed. R. Civ. P. 11 ("Signing Pleadings, Motions, and Other Papers; Representations to the Court; Sanctions."). All litigants, including those who are proceeding *pro se*, must comply with these rules. The Court may strike further letters that are filed in violation of this rule.

In his letter, Plaintiff Hale provides an address for Northeastern Arkansas Community Corrections Center ("NEACC") where he is in custody. (Doc. No. 15 at PageID 83.) This address is different than the address Plaintiff previously provided for himself at NEACC. (*Compare* Notice of Change of Address, Doc. No. 9.) It is unclear which address the Court should use to send documents to Plaintiff. Plaintiff is therefore **ORDERED** to file a "Notice of Mailing Address" that clarifies which address the Court should use to send mail to him. He shall file his Notice of Mailing Address by **August 17, 2026**. He must promptly inform the Court any time his mailing address changes while the case is pending.

Plaintiff also asks about the status of his case. (Doc. No. 15.) The Clerk of Court is **DIRECTED** to send Plaintiff a print-out of the docket sheet for his review along with this Order. The Clerk is also **DIRECTED** to send a copy of these documents to Plaintiff at the address on the docket, and at the address in his letter. (Doc. No. 15.)

**IT IS SO ORDERED.**

*s/ Caroline H. Gentry*
Caroline H. Gentry
United States Magistrate Judge

2