IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

RE: Reassignment of Cases to the Docket of
District Judge Matthew R. Byrne

ORDER

The attached cases are hereby reassigned to the docket of the Honorable Matthew R. Byrne.

IT IS SO ORDERED.

October 2, 2026
DATE

Honorable Sarah D. Morrison
Chief Judge United States District Court

| Case Number | Case Title |
|---|---|
| 1:17-cv-00643-DRC | Adkins v. Marathon Petroleum Company LP |
| 1:17-cv-00670-DRC-KLL | Allied World Surplus Lines Insurance Company v. Goettle, Inc. |
| 1:18-cv-00409-DRC | Kona Ice, Inc. v. O'Connor et al |
| 1:18-cv-00807-DRC | Landrum v. Durrani et al |
| 1:20-cv-00970-DRC | United States Of America et al v. Remedi SeniorCare Holding Corporation et al |
| 1:21-cv-00377-DRC | Morse v. Fifty West Brewing Company LLC et al |
| 1:21-cv-00747-DRC | FirstGroup America, Inc. v. Arthur J. Gallagher Risk Management Services, Inc. |
| 1:22-cv-00203-DRC-KLL | Freeman v. Spoljaric |
| 1:22-cv-00523-DRC | Bossetti et al v. Allergan Sales, LLC |
| 1:22-cv-00544-DRC | Barnett et al v. The Kroger Company et al |
| 1:22-cv-00624-DRC | Abernathy v. Trihealth G, LLC et al |
| 1:22-cv-00639-DRC | National Republican Senatorial Committee et al v. Federal Election Commission et al |
| 1:23-cv-00051-DRC | Bender v. Village of Mariemont et al |
| 1:23-cv-00117-DRC | Shanghai Weston Trading Co., LTD v. Tedia Company, LLC |
| 1:23-cv-00122-DRC | Mukamal v. Columbus Life Insurance Company |
| 1:23-cv-00337-DRC | United States of America et al v. The University of Cincinnati College of Medicine et al |
| 1:23-cv-00489-DRC | Lott v. Recker Consulting, LLC |
| 1:23-cv-00549-DRC | Williams et al v. Indian Hill Exempted Village School District et al |
| 1:23-cv-00553-DRC | Gray v. Winton Woods City Schools, et al |
| 1:23-cv-00632-DRC | Collins v. City of Norwood Ohio et al |
| 1:23-cv-00704-DRC | United States of America v. Schmid et al |
| 1:23-cv-00812-DRC | Franco v. BRNV Inc et al |
| 1:24-cv-00063-DRC | George v. The Procter & Gamble Paper Products Company |
| 1:24-cv-00119-DRC | Bryant v. City of Cincinnati Fire Department et al |
| 1:24-cv-00158-DRC | Grado, M.D. et al v. Medical, Industrial, and Scientific Products Corporation et al |
| 1:24-cv-00169-DRC | Synan v. Kobasuk et al |
| 1:24-cv-00186-DRC | Milles et al v. Fifth Third Bank, National Association |
| 1:24-cv-00306-DRC | Harris v. Redwood et al |
| 1:24-cv-00307-DRC | Griffith v. Blankenship et al |
| 1:24-cv-00308-DRC | Housing Opportunities Made Equal of Greater Cincinnati et al v. Count X LLC et al |
| 1:24-cv-00384-DRC | Scott v. Frazier et al |
| 1:24-cv-00423-DRC | Spectrum Mid-America, LLC v. Cincinnati Bell, Inc., et al |
| 1:24-cv-00440-DRC | Hinton v. CSX Transportation Inc. |
| 1:24-cv-00537-DRC | Kain et al v. The Central Railroad Company of Indiana et al |
| 1:24-cv-00541-DRC | Ingram v. The Central Railroad Company of Indiana et al |

| | |
|---|---|
| 1:24-cv-00542-DRC | Rhoten v. The Central Railroad Company of Indiana et al |
| 1:24-cv-00543-DRC | Hunt v. The Central Railroad Company of Indiana et al |
| 1:24-cv-00562-DRC | Developers Surety And Indemnity Company v. Eco Engineering, Inc. et al |
| 1:24-cv-00585-DRC | Devou Good Project, Inc., et al., v. United States Department of Transportation, et al |
| 1:24-cv-00590-DRC | Lovett v. Continued.com, LLC |
| 1:24-cv-00594-DRC | In re: Bon Secours Mercy Health Data Breach Litig. |
| 1:24-cv-00604-DRC-SKB | Johnson v. Deemer et al |
| 1:24-cv-00614-DRC | Zwicker v. Cincinnati Public Schools |
| 1:24-cv-00629-DRC | Norfleet v. Challenge Unlimited, Inc. |
| 1:24-cv-00696-DRC | First State Insurance Company et al v. The Proctor & Gamble Company |
| 1:24-cv-00702-DRC | Chubb National Insurance Company et al v. JForte Plumbing LLC et al |
| 1:24-cv-00721-DRC | Barnett et al v. FDM Logistics, LLC et al |
| 1:24-cv-00722-DRC-KLL | Lenahan v. The Cincinnati Insurance Company |
| 1:25-cv-00033-DRC | Floyd v. Assess Homecare Solutions, LLC et al |
| 1:25-cv-00050-DRC | Wright et al. v. Terrill et al. |
| 1:25-cv-00053-DRC | Wright et al v. Terrill et al |
| 1:25-cv-00057-DRC | Wright et al v. Terrill et al |
| 1:25-cv-00069-DRC-SKB | Morales et al v. Derricks Concrete LLC et al |
| 1:25-cv-00101-DRC | G. v. Anthem Blue Cross and Blue Shield |
| 1:25-cv-00113-DRC | Folczynski v. Thyssenkrupp Bilstein of America, Inc. |
| 1:25-cv-00127-DRC | Rumpke of Ohio, Inc. v. ISB Global Limited |
| 1:25-cv-00134-DRC | 360 Intelligent Solutions, Inc. v. Tderosa Solutions, LLC et al |
| 1:25-cv-00144-DRC | Frazee et al v. FCA US LLC |
| 1:25-cv-00177-DRC-PBS | Feaster v. Crow et al |
| 1:25-cv-00206-DRC-KLL | Gragston v. Amazon LLC |
| 1:25-cv-00269-DRC | Brumbaugh et al v. Singleton et al |
| 1:25-cv-00275-DRC | Kross Acquisition Co., LLC v. J & D Home Improvement Inc. |
| 1:25-cv-00278-DRC-SKB | Whitterson v. Amazon.com LLC et al |
| 1:25-cv-00283-DRC | Lexington Insurance Company v. FDM Logistics, LLC |
| 1:25-cv-00286-DRC | Chaney v. EG America, LLC. |
| 1:25-cv-00291-DRC | Ohio Justice and Policy Center v. Chambers-Smith et al |
| 1:25-cv-00316-DRC | Burt v. Tamarack Freight, Ltd., et al. |
| 1:25-cv-00321-DRC | General Casualty Company of Wisconsin v. NEWCRESTIMAGE Holdings, LLC |
| 1:25-cv-00370-DRC | Tindley v. Melink Corporation |
| 1:25-cv-00384-DRC | United States of America et al v. The Alden Group, LTD. et al |
| 1:25-cv-00388-DRC | Community Insurance Company et al v. HaloMD, LLC et al |
| 1:25-cv-00393-DRC-KLL | Davis v. Walsh Kokosing Joint Venture et al |
| 1:25-cv-00399-DRC-SKB | Hardison v. Ewing et al |
| 1:25-cv-00400-DRC-SCS | Render v. Commissioner of Social Security |
| 1:25-cv-00448-DRC | Edwards v. The Dynamic Catholic Institute |

| | |
|---|---|
| 1:25-cv-00474-DRC | Peeples v. OHE OHNH EMP, LLC |
| 1:25-cv-00494-DRC | Premier Signature Renovations, LLC et al v. Loan Depot, Inc. et al |
| 1:25-cv-00509-DRC | Kasper et al v. Primerica Life Insurance Company et al |
| 1:25-cv-00521-DRC | Longnecker v. Early et al |
| 1:25-cv-00522-DRC-SKB | McAfee v. FactorTrust Inc. |
| 1:25-cv-00524-DRC-KLL | Watkins v. Equifax Information Services LLC |
| 1:25-cv-00526-DRC | LocalEdge Insurance Agency, Inc. v. Linares, et al |
| 1:25-cv-00546-DRC-CMV | Smith v. Warden, Southeastern Correctional |
| 1:25-cv-00548-DRC | Rotter v. Vision & Beyond Group LLC et al |
| 1:25-cv-00554-DRC | Dixon v. Cardinal Treatment Center, Inc. |
| 1:25-cv-00578-DRC-SKB | McAfee v. Early Warning Services, LLC |
| 1:25-cv-00615-DRC-KAJ | Thayer v. Warden North Central Correctional Complex |
| 1:25-cv-00634-DRC-SKB | Alili v. Block Inc., et al |
| 1:25-cv-00637-DRC-SKB | Seibert v. Commissioner of Social Security |
| 1:25-cv-00648-DRC | Cruz et al v. Health Care Facility Management, LLC |
| 1:25-cv-00671-DRC-CMV | Willis v. Warden, Chillicothe Correctional Institution |
| 1:25-cv-00677-DRC | NewcrestImage Holdings LLC v. General Casualty Company of Wisconsin |
| 1:25-cv-00686-DRC-MRM | Taylor v. Shoop |
| 1:25-cv-00698-DRC-SKB | Smith v. City of St. Bernard, Ohio et al |
| 1:25-cv-00711-DRC | Bush Truck Leasing, Inc. et al v. Exro Technologies, Inc., et al |
| 1:25-cv-00718-DRC-CHG | Johnson v. Cox et al |
| 1:25-cv-00730-DRC | Schmidt v. Children's Hospital Medical Center |
| 1:25-cv-00754-DRC | Oxford House, Inc. et al v. City of Ironton, Ohio |
| 1:25-cv-00770-DRC | Scott v. Kamberovic et al |
| 1:25-cv-00776-DRC | Koller v. Motility Software Solutions, Inc. |
| 1:25-cv-00791-DRC | Brashear v. BT4 Holdings, LLC |
| 1:25-cv-00798-DRC | Stewart v. Dematic Corp. |
| 1:25-cv-00802-DRC-CMV | Brown v. Warden, London Correctional Institution |
| 1:25-cv-00808-DRC | Hickman-Aeh et al v. City of Portsmouth, Ohio et al |
| 1:25-cv-00817-DRC-SKB | Jones v. Synchrony Financial et al |
| 1:25-cv-00828-DRC | Rankin v. Attorney General, State of Ohio |
| 1:25-cv-00843-DRC | Woods et al v. American Financial Security Life Insurance Company et al |
| 1:25-cv-00846-DRC | Johnson v. The City of Oxford et al |
| 1:25-cv-00850-DRC | Guarnaschelli v. Medpace, Inc. |
| 1:25-cv-00858-DRC-KLL | Prajapati v. Secretary, Department of Homeland Security et al |
| 1:25-cv-00860-DRC-KLL | Young v. Gladman et al |
| 1:25-cv-00863-DRC-SCS | Sweeting v. Davis et al |
| 1:25-cv-00875-DRC-SKB | Alili v. JPMorgan Chase & Co. et al |
| 1:25-cv-00897-DRC-CMV | Dotson v. Chambers Smith et al |
| 1:25-cv-00901-DRC | S.R. v. Community Insurance Company |
| 1:25-cv-00939-DRC | Kelly v. Aventura at West Park LLC et al |
| 1:25-cv-00963-DRC | Amakove v. University of Cincinnati Medical Center et al |

| | |
|---|---|
| 1:25-cv-00964-DRC-CHG | Hale v. Shawnee Mental Health et al |
| 1:25-cv-00967-DRC | Kolleda v. RK Holdings LLC |
| 1:26-cv-00009-DRC-KLL | Schuessler v. United States Drug Enforcement Administration et al |
| 1:26-cv-00026-DRC | Stanfield v. Windows Plus 3, LLC |
| 1:26-cv-00027-DRC | Galevo v. Equifax Information Services LLC |
| 1:26-cv-00030-DRC-SKB | Wickensimer v. Vantage Mobility International, LLC et al |
| 1:26-cv-00040-DRC-SKB | Cosavage, Jr. v. McGuffey et al |
| 1:26-cv-00042-DRC | Ulloa v. Takumi Stamping, Inc. |
| 1:26-cv-00050-DRC | Sunrise Food International (USA), Inc. v. Total Quality Logistics, LLC |
| 1:26-cv-00051-DRC-KLL | Cox, Jr. v. Millsaps et al |
| 1:26-cv-00054-DRC | Backscheider v. AmaraMedical Health Care Services, Inc. |
| 1:26-cv-00096-DRC | Barrow v. Miami Valley Gaming & Racing, LLC |
| 1:26-cv-00100-DRC-SKB | Davis v. Hamilton County, Ohio Municipality et al |
| 1:26-cv-00111-DRC | Kell v. Amerihealth Caritas Ohio, LLC et al |
| 1:26-cv-00126-DRC-MRM | Byers v. Warden Belmont Correctional Institution |
| 1:26-cv-00139-DRC-CHG | Johnson v. Denney et al |
| 1:26-cv-00174-DRC-CHG | Sutherland v. Commissioner of Social Security |
| 1:26-cv-00175-DRC | Bradley v. Luxottica of America, Inc. |
| 1:26-cv-00184-DRC | Johnson v. A-1 Quality Logistical Solutions, LLC et al |
| 1:26-cv-00193-DRC | Washington et al v. Shellpoint Mortgage Servicing et al |
| 1:26-cv-00198-DRC | McGhee v. Warren County Career Center |
| 1:26-cv-00199-DRC | R&L Carriers Shared Services, LLC v. Occupational Safety & Health Review Commission et al |
| 1:26-cv-00209-DRC | Taylor v. McGuire et al |
| 1:26-cv-00211-DRC | JKN Capital LLC, et al., v. Enjaycee Unlimited LLC, et al., |
| 1:26-cv-00214-DRC | Integrity Express Logistics, LLC v. Riley |
| 1:26-cv-00221-DRC | The Travelers Indemnity Company et al v. John R. Jurgensen Company et al |
| 1:26-cv-00227-DRC | Dozier v. Nuvision Federal Credit Union et al |
| 1:26-cv-00233-DRC | Black v. Ford Motor Company |
| 1:26-cv-00263-DRC-KLL | Chechi v. U.S. Department of Homeland Security et al |
| 1:26-cv-00265-DRC | Ragsdale v. The Christ Hospital |
| 1:26-cv-00267-DRC | Marshall v. Donaworth et al |
| 1:26-cv-00296-DRC-SCS | Troxell v. Commissioner of Social Security |
| 1:26-cv-00297-DRC-SKB | Mitchem v. City of Middletown, Ohio et al |
| 1:26-cv-00298-DRC-SKB | Mitchem v. City of Middletown, Ohio et al |
| 1:26-cv-00305-DRC-KAJ | Gordon v. Subidi et al |
| 1:26-cv-00312-DRC-CMV | Scott v. Commissioner of Social Security |
| 1:26-cv-00319-DRC-KLL | Ryan v. Spring Grove Cemetery & Funeral Homes |
| 1:26-cv-00320-DRC | Roofing for Troops, LLC et al v. Regional Adjustment Bureau, Inc. et al |
| 1:26-cv-00326-DRC-PBS | Stallworth v. Commissioner of Social Security |
| 1:26-cv-00327-DRC | Dividend v. Sunwave Energy, LLC |
| 1:26-cv-00329-DRC-SKB | Blust v. Douley et al |

| | |
|---|---|
| 1:26-cv-00334-DRC | Benson v. Ryder Transportation Solutions, LLC et al |
| 1:26-cv-00338-DRC | PHI Health, LLC v. Community Insurance Company et al |
| 1:26-cv-00346-DRC | Durbin v. Medpace Holdings, Inc. et al |
| 1:26-cv-00352-DRC | Coombs et al v. Gosun, Inc. |
| 1:26-cv-00372-DRC | Metcalf v. Sycamore Creek Country Club et al |
| 1:26-cv-00397-DRC | Hearn et al v. Dick's Sporting Goods Inc. et al |
| 1:26-cv-00403-DRC | Rathburn v. The Kroger Co. |
| 1:26-cv-00420-DRC-KLL | El v. Flottman et al |
| 1:26-cv-00430-DRC | Kahn v. DePuy Synthes Sales Inc. |
| 1:26-cv-00432-DRC-CMV | McKenzie v. Warden, Pickaway Correctional Institution |
| 1:26-cv-00435-DRC-SKB | Rice v. Fifth Third Bank N.A. et al |
| 1:26-cv-00441-DRC-SKB | Whittle v. May |
| 1:26-cv-00443-DRC | Total Quality Logistics, LLC v. Black Hawk Logistics, LLC |
| 1:26-cv-00446-DRC-CMV | St. John v. Allaga et al |
| 1:26-cv-00451-DRC | Gaston v. Hughes, Martini & Associates, LLC |
| 1:26-cv-00454-DRC | Revocable Trust, Stephen F. Vogel, Trustee et al v. City of Cincinnati et al |
| 1:26-cv-00455-DRC | Total Quality Logistics, LLC v. Traffic Tech, Inc. et al |
| 1:26-cv-00463-DRC | Moore v. Res-Care, Inc. |
| 1:26-cv-00464-DRC-KLL | Madden v. Werner Enterprises, Inc. et al |
| 1:26-cv-00491-DRC-SKB | Rosemond v. Ohio Department of Rehabilatation et al |
| 1:26-cv-00493-DRC | Demontagnac-Hall v. UC Health, LLC |
| 1:26-cv-00502-DRC | Gabbard v. The Gorilla Glue Company |
| 1:26-cv-00538-DRC-PBS | Sudberry v. Gould et al |
| 1:26-cv-00543-DRC | The Kind Homebuyer LLC v. Arbino |
| 1:26-cv-00569-DRC | Doe v. ClearStar, Inc. |
| 1:26-cv-00571-DRC | Jones v. Hamilton County Mathematics and Science Academy et al |
| 1:26-cv-00572-DRC | Luxottica Group S.p.A. v. World's Sexiest Wholesale, LLC et al |
| 1:26-cv-00574-DRC | Pisula v. Arcadia Consumer Healthcare Inc. |
| 1:26-cv-00580-DRC | Stapleton v. Scioto County Counseling Center, Inc. et al |
| 1:26-cv-00584-DRC-SKB | Davis v. Duke Energy Ohio, Inc. et al |
| 1:26-cv-00586-DRC | Celestial Baker v. Splat-R-Ball, LLC |
| 1:26-cv-00588-DRC | Shope v. BMG Loansatwork, Inc. |
| 1:26-cv-00597-DRC-SCS | Ozier v. Commissioner of Social Security |
| 1:26-cv-00604-DRC | Moser v. City of Mason |
| 1:26-cv-00611-DRC-CMV | Chambers v. Larson et al |
| 1:26-cv-00616-DRC | Samudera Shipping Line Ltd. v. Pancon Shipping & Marine Services Pte Ltd. |
| 1:26-cv-00617-DRC | Bushansky v. Troendle et al |
| 1:26-cv-00625-DRC-SKB | Rogers v. PNC Bank National Association |
| 1:26-cv-00634-DRC | Luxottica Group S.p.A. et al v. Roadget Business PTE. LTD. et al |
| 1:26-cv-00642-DRC | Dozier v. The Gorilla Glue Company |
| 1:26-cv-00646-DRC | Doe v. Lakota Local Schools et al |
| 1:26-cv-00652-DRC-KLL | Merle v. Amentum Service Inc |

| | |
|---|---|
| 1:26-cv-00653-DRC | Noes et al v. City of Harrison, Ohio |
| 1:26-cv-00654-DRC | Causey v. Lionstone Carnation Opco Holdings, LLC et al |
| 1:26-cv-00659-DRC-SKB | Springs v. Fifth Third Bank |
| 1:26-cv-00669-DRC | Gibson v. City Of Cincinnati et al. |
| 1:26-cv-00675-DRC-KLL | Davis v. United States of America et al |
| 1:26-cv-00706-DRC-SKB | Sharopov et al v. Butler County Jail |
| 1:26-cv-00713-DRC-KAJ | Grant v. Commissioner of Social Security |
| 1:26-cv-00717-DRC | Williams v. Equifax Information Services LLC |
| 1:26-cv-00725-DRC | National Fire Insurance Company of Hartford et al v. Standard Textile Carolina, Inc. |
| 1:26-cv-00738-DRC | Duke v. Highest Expectations LLC et al |
| 1:26-cv-00742-DRC-SKB | Alili v. West Hills Dnb Lic |
| 1:26-cv-00746-DRC | Stayton v. Perfect Paver Co et al |
| 1:26-cv-00749-DRC | Kadakia v. Yad&Pre LLC et al |
| 1:26-cv-00754-DRC-CMV | Jones v. Commissioner of Social Security |
| 1:26-cv-00757-DRC-SKB | Clarke v. Equifax Information Services LLC |
| 1:26-cv-00760-DRC | B.C. and L.P. v. Phoenix Group Home, LLC |
| 1:26-cv-00762-DRC | USI Insurance Services LLC v. Obasola Olateju |
| 1:26-cv-00767-DRC | Roman v. United Methodist Children's Home West Ohio Conference of the United Methodist Church |
| 1:26-cv-00771-DRC-SCS | Lopez Munoz v. Secretary, Department of Homeland Security et al |
| 1:26-cv-00781-DRC-PBS | Florido Gomez v. Acting Field Office Director of Enforcement and Removal Operations, Detroit Field Office, Immigration and Customs Enforcement et al |
| 1:26-cv-00801-DRC | Tawfik v. TriHealth, Inc. et al |
| 1:26-cv-00806-DRC-KLL | Greenlee et al v. Fettro et al |
| 1:26-cv-00811-DRC-CHG | Keeling v. Vanmeter et al |
| 1:26-cv-00812-DRC | McCloud v. Carlile Patchen & Murphy, LLP. et al |
| 1:26-cv-00823-DRC-CHG | Jones v. Warden, Belmont Correctional Institution |
| 1:26-cv-00832-DRC | Park v. The Cincinnati Insurance Company |
| 1:26-cv-00839-DRC-PBS | Seydy v.Field Office Director of Enforcement and Removal Operations, Detroit Field Office, Immigration and Customs Enforcement et al |
| 1:26-cv-00845-DRC-KAJ | Swords v. Commissioner of Social Security |
| 1:26-cv-00850-DRC | Wilson v. Nestle Purina PetCare Company et al |
| 1:26-cv-00855-DRC | Kaur v. Secretary, Department of Homeland Security et al |
| 1:26-cv-00856-DRC-CHG | Lockhart v. Officer C. Adams et al |
| 1:26-cv-00861-DRC | Sherman v. Williams, et al |
| 1:26-cv-00865-DRC | Mary v. Troendle et al |
| 1:26-cv-00866-DRC | Libbert v. Health Carousel LLC |
| 1:26-cv-00868-DRC | Clopay Corporation v. Overhead Door Corporation |
| 1:26-cv-00869-DRC-KLL | Delong v. Commissioner of Social Security |
| 1:26-cv-00878-DRC-PBS | Anne v. Warden, Butler County Correctional Complex et al |
| 1:26-cv-00889-DRC | SRS Resource LLC et al v. U.S. Attorney General et al |
| 1:26-cv-00890-DRC-PBS | Burbanks v. State of Ohio |

| | |
|---|---|
| 1:26-cv-00893-DRC | Phillips et al vs. Robers et al |
| 1:26-cv-00911-DRC-SCS | Taylor v. Anderson |
| 1:26-cv-00919-DRC-KLL | Cox v. CMC Property, LLC et al |
| 1:26-cv-00921-DRC-CMV | Kelley v. Commissioner of Social Security |
| 1:26-cv-00922-DRC | Greene v. Cintas Corporation |
| 1:26-cv-00925-DRC-SKB | Ball v. Cincinnati Public Schools |
| 1:26-cv-00930-DRC-KLL | Washington v. Hamilton County Board Of Commissioners et al |
| 1:26-cv-00931-DRC-KLL | Agbo v. Secretary of Homeland Security (DHS) et al |
| 1:26-cv-00933-DRC | Xiao v. Mercedes Benz USA, LLC et al |
| 1:26-cv-00936-DRC-SKB | Croskery v. Drake |
| 1:26-cv-00938-DRC-SKB | Elezbawy v. Coinbase, Inc. |
| 1:26-cv-00942-DRC | Lyon et al v. Board of Health of the Warren County Combined Health District et al |
| 1:26-cv-00943-DRC-SKB | Watkins v. Chex Systems, Inc. |
| 1:26-cv-00947-DRC | Carpenter v. Worldpay LLC et al |
| 1:26-cv-00954-DRC | Ba v.Field Office Director of Enforcement and Removal Operations, Detroit Field Office, Immigration and Customs Enforcement, et al |
| 1:26-cv-00957-DRC-SKB | Rinner v. Commissioner of Social Security |
| 1:26-cv-00959-DRC | Habtemariam v. Grathwohl et al |
| 1:26-cv-00960-DRC-SKB | Gipson v. City of Cincinnati, Ohio et al |
| 1:26-cv-00961-DRC | Hartford Insurance Company et al v. KRI Carrier, LLC. et al |
| 1:26-cv-00963-DRC | Lent v. Durham et al |
| 1:26-cv-00966-DRC | Minton v. R&L Carriers, Inc. |
| 1:26-cv-00967-DRC-KLL | Manton v. Scales |
| 1:26-cv-00973-DRC | Millard v. Southern Rock Restaurants, LLC et al |
| 1:26-cv-00980-DRC-KLL | Hudson v. M.S. Walk Program et al |
| 1:26-cv-00983-DRC | Castro Lopez v. Butler County Sheriff and immediate custiodian et al |
| 1:26-cv-00985-DRC-SKB | Spears v. ProAmpac, LLC et al |
| 1:26-cv-00987-DRC-SKB | Bradford v. Total Quality Logistics, LLC |
| 1:26-cv-01001-DRC | Strike 3 Holdings, LLC v. Doe |
| 1:26-cv-01006-DRC-SKB | Oshane Spencer v. Chex Systems, Inc. |